Pro Se 14 (INND Rev. 2/20)                                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-

NOV 06 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Taylor D Hunt
[You are the PLAINTIFF, print your full name on this line.]

v.

Allen County Jail, U.C.C.
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 1:23CV470
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Allen County Jail, QCC Quality Correctional Care | 417 South Calhoun Street Fort Wayne, IN 46802 |
| 2 | [Put the names of any other defendants in these boxes.] Confinment officer, Nunley, Xichuch | 417 South Calhoun Street Fort Wayne, IN 46802 |
| 3 | Doctor, Galperin, nurse Serena | 417 South Calhoun Street Fort Wayne, IN 46802 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 6

2. What is the name and address of your prison or jail? Allen County Jail 417 South Calhoun Street Fort Wayne, IN 46802

3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____

4. On what date did this event occur? September 8th 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On September 8th 2023 I Taylor D Hunt sliped in some water that leaks from the shower on H-Block In the Allen County Jail, I fell and the officers, Nunley, and training officer XICHUK were on the block and asked if im okay and need medical. I told them I need medical attention for my elbow which is now swollen, not able to extend all the way, causing me lots of pain were im losing sleep and the way the Allen County Jail treats me is triggering my PTSD and the QCC medical staff are very unprofesional

2. Officer, Nunley and Training officer, XI chuck Denied me to see medical after asking me if I need medical placing me in my cell where I had to bang on the door in pain just to have to have officer Troxel take me down to medical.

3 After officer troxel took me down I was seen by nurse Serena which only made me squeeze her hands and seen my arm was swollen.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

She stated I'm not allowed to see the Doctor unless I file three medical Request about the Same problem. That statement is unfair to me because now im suffering from my PTSD from how im being treated poorley and also in pain from this incident and not knowing if I will ever be able to extend my arm in the future is scareing me.

4. Nurse serena stated that Doctor Galperin would not see me but is ordering an X-Ray. I had to file more medical Request just to be able to see the Doctor Galperin who laughed in my face at my injury made smart Remarks like do you want Pain Killers or another mat not going to happen laughing at me Calling me big boned very unprofesional and knowbody should have to put up with these kind of treatment just because im incaragred for now it is cruel and unusual Punishment and improper medical treatment and medical care.

5. It is now october 25th and I have asked for a Print-out of my request to medical, grivences, and shift commands they wrote me saying I have to take legal action to recieve them so I wrote every confimation number down for you on an additional page. I have told command, medical that I am taking legal action and the doctor, Galperin stated Wait 30 days and ill send you to the ortho doctor it is october 25th im still Recieving imroper care im still in pain and yet to see this ortho Doctor.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                          page 4

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Treat others the way they want to be treated. give imates proper medical care. treat their injurys properly full copensation for any fees or medical cost as well as copensation for pain and suffering and bodily Injury

[*Initial Each Statement*]

TDH  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
TDH  I will keep a copy of this complaint for my records.
TDH  I will promptly notify the court of any change of address.
TDH  I WILL NOT send more than one copy of any filing to the court.
TDH  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
TDH  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on ___/___/20___ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                              535187
Signature                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]