AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TAYLOR D. HUNT
　**Plaintiff**

　　　　　　v.　　　　　　**Civil Action No.** 1:23-cv-470

ALLEN COUNTY JAIL,

QUALITY CORRECTIONAL CARE
QCC,

NUNLEY
confinment officer,

XICHUCH
confinment officer,

NURSE SERENA,

DOCTOR GALPERIN
　**Defendants**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) .

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Philip P. Simon.

DATE: February 22, 2024                                CHANDA J. BERTA, CLERK

                                                                                                  by     s/N. Long_____

                                                                                                   *Signature of Clerk or Deputy Clerk*